PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| United States of America | ) | |
| vs | ) | |
| Daniel Craig Wilcox | ) | Case No. 2:05CR00162-001 |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JAN 3 1 2006
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Daniel Craig Wilcox, have discussed with Richard B. Law, Pretrial Services/Probation Officer, modification of my release as follows:

> You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
>
> You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1-13-06    _____  1/30/06
Signature of Defendant      Date     Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  Jan 13 06
Signature of Defense Counsel   Date

[✓]  The above modification of conditions of release is ordered, to be effective on Jan. 31, 2006.

[ ]  The above modification of conditions of release is not ordered.

_____  Jan. 31, 2006
Signature of Judicial Officer   Date